# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**SHANTAE WADE**                                                                                      **PLAINTIFF**

**V.**                              **NO. 5:19CV00086-JTR**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 26th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE